[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
December 7, 2006
THOMAS K. KAHN
CLERK

_____

No. 05-14561
Non-Argument Calendar

_____

D. C. Docket No. 04-60131-CR-WPD

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

NIGEL GRAY,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

**(December 7, 2006)**

Before TJOFLAT, BIRCH and DUBINA, Circuit Judges.

PER CURIAM:

Appellant was convicted on a plea of guilty of all five counts of the

indictment, all of which related to a conspiracy to import five kilograms or more of cocaine into the United States.  The district court sentenced him on the first four counts to  concurrent prison terms of 168 months and on the fifth count to a consecutive prison term of 60 months, for a total of 228 months.  He now appeals his sentences.

The Government concedes in its brief that "statutory error" under United States v. Booker, 543 U.S. 220, 1254 S.Ct. 738, 160 L.Ed.2d 621 (2005), warrants "a limited remand" to permit the district court to reconsider appellant's sentences in light of the now-advisory Sentencing Guidelines and the factors set out in § 3553(a).  Appellant's sentences are therefore vacated, and the case is remanded for a new sentencing hearing.

VACATED and REMANDED.